```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 11316
   MODESTO SANCHEZ
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4493

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 05/05/2008 and was confirmed 07/21/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  14.00%.

      The case was dismissed after confirmation 02/23/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
ACC CONSUMER FINANCE     SECURED VEHIC   12475.00          202.25        1279.90
ACC CONSUMER FINANCE     UNSECURED        6440.14            .00             .00
SAN DIEGO SUPERIOR       UNSECURED       NOT FILED           .00             .00
PEOPLES ENERGY           UNSECURED       NOT FILED           .00             .00
AMERICAN GENERAL FINANCE UNSECURED       NOT FILED           .00             .00
AMERICAN EXPRESS BANK    UNSECURED         373.83            .00             .00
ESSEX                    UNSECURED       NOT FILED           .00             .00
CAVALRY PORTFOLIO SERVIC UNSECURED       NOT FILED           .00             .00
CFC DEFICIENCY RECOVER   UNSECURED       NOT FILED           .00             .00
CHILDRENS HOSPITAL       UNSECURED       NOT FILED           .00             .00
CONTINENTAL FURNITURE    UNSECURED       NOT FILED           .00             .00
COX COMMUNICATIONS       UNSECURED       NOT FILED           .00             .00
COX COMMUNICATIONS       UNSECURED       NOT FILED           .00             .00
COMCAST                  UNSECURED       NOT FILED           .00             .00
MEDICAL CENTER DENTAL    UNSECURED       NOT FILED           .00             .00
IL DEPT OF EMPLOYMENT SE UNSECURED        5745.00            .00             .00
BANK OF AMERICA          UNSECURED       NOT FILED           .00             .00
IMMC DEPT OF DENTISTRY   UNSECURED       NOT FILED           .00             .00
COMED                    UNSECURED       NOT FILED           .00             .00
ECAST SETTLEMENT CORP    UNSECURED        5176.91            .00             .00
SPRINT PCS               UNSECURED       NOT FILED           .00             .00
PFF EMERGENCY SERVICES   UNSECURED       NOT FILED           .00             .00
SBC ILLINOIS             UNSECURED         430.60            .00             .00
AT&T                     UNSECURED       NOT FILED           .00             .00
SHARP REES STEALY ME     UNSECURED       NOT FILED           .00             .00
JEFFERSON CAPITAL SYSTEM UNSECURED         214.45            .00             .00
ST ELIZABETH             UNSECURED       NOT FILED           .00             .00
SHARP REES STEALY        UNSECURED       NOT FILED           .00             .00
WILSHIREPORT             UNSECURED       NOT FILED           .00             .00
LITTON LOAN SERVICING    NOTICE ONLY     NOT FILED           .00             .00
LITTON LOAN SERVICING    CURRENT MORTG        .00            .00             .00
LITTON LOAN SERVICING    SECURED NOT I        .00            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 11316 MODESTO SANCHEZ
```

Case 08-11316    Doc 28    Filed 03/26/09    Entered 03/26/09 18:31:25    Desc Main
                      Document      Page 2 of 2

```
DEBRA J VORHIES LEVINE    DEBTOR ATTY      3,100.00                        361.05
TOM VAUGHN                TRUSTEE                                          156.80
DEBTOR REFUND             REFUND                                              .00
```

Summary of Receipts and Disbursements:

```
---------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                   2,000.00

PRIORITY                                                .00
SECURED                                            1,279.90
     INTEREST                                        202.25
UNSECURED                                               .00
ADMINISTRATIVE                                       361.05
TRUSTEE COMPENSATION                                 156.80
DEBTOR REFUND                                           .00
                         ---------------      ---------------
TOTALS                    2,000.00                 2,000.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
    Dated: 03/26/09                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```

                              PAGE    2
            CASE NO. 08 B 11316 MODESTO SANCHEZ